**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

Esteban Carlos Leon
Petitioner, : CRIMINAL NO. 03-00118-031

Vs.

United States Of America : [redacted] 05 332 L

Respondant,

AUG 0 2
U.S. DISTRICT
DISTRICT OF RHODE

MOTION FOR THE APPOINTMENT OF COUNSEL
AND APPLICATION TO PROCEED IN FORMA PAUPERIS,
ON APPEAL.

TO THE HONORABLED JUDGE OF SAID COURT:

COMES NOW, Esteban Carlos Leon Petitioner in the above-entitled and number cause, and moves this Honorable Court to order the Appointment of Counsel to represent the Defendant, and to allow the defendant to proceed in this casue in Forma Pauperis, and in support of this motion would show as follows:

I.

That the petitioner is in all things unable to pay cost in these proceedings and unable to afford Counsel to represent himself. Petitioner has sworn to his poverty and incorporates the "Pauper's Affidavit" as Exhibit "A" and incorporates the sames by reference the same as if fully copied and set forth at length herein.

(2)

II.

The petitioner was able to file this motion with the assistance of a Jailhouse-Lawyer. This petitioner is not able to speak or read English language at all. There for the petitioner is not prepare to argue his own legal issue's on Court.

III.

The petitioner is not represented by Counsel and here by asserts his right to Counsel as afforded by the sixth Amendment of the Constitution of the United States.

IV.

Wherefore, promises considerd, petitioner prays this Honorable Court to grant this motion and issue an Order Appointing Counsel to represent petitioner, and grant petitioner any other further relief that this Court may deen appropiate in this cause.

Respectfully submitted on this the 15 day of 7 2005

Defendant In Pro Se
Esteban Carlos Leon
Reg.No.05390-070
L.S.C.I. Allenwood
PO. Box 1000
White Deer PA 17887

# PROOF OF SERVICE

I certify that on 15-7-2005 (date) I mailed a copy of this brief and all attachments via first class mail to the following parties **at the addresses listed below:**

U.S. Department Of Justice
U.S. District Attorney
50 Kennedy Plaza 8th floor
Providence Rhode Island
02903

# PROOF OF SERVICE FOR INSTITUTIONALIZED OR INCARCERATED LITIGANTS

In addition to the above proof of service all litigants who are currently institutionalized or incarcerated should include the following statement on all documents to be filed with this Court:

I certify that this document was given to prison officials on 15-7-2005 (date) for forwarding to the Court of Appeals. I certify under penalty of perjury that the foregoing is true and correct. 28 U.S.C. §1746.

Signature

Dated: 15-7-2005

*J:\FORMS\BRFS-APP\Informal Brief Questionnaire.wpd*

# United States District Court

DISTRICT OF **Rhode Island**

**Esteban Carlos Leon**

V.

**United States Of America**

APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION AND ORDER

CASE NUMBER: **03-118-031**

I, **Esteban Carlos Leon**, declare that I am the *(check appropriate box)*

☐ petitioner/plaintiff

☒ movant (filing 28 U.S.C. 2255 motion)

☐ respondent/defendant

☐ ________ *other*

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

**Ineffective Assistance Of Counsel**

RECEIVED 2005 JUL 25 P 6:14 ACCOUNTING

In further support of this application, I answer the following questions.

1. Are you presently employed? Yes ☐ No ☒
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment Yes ☐ No ☒
   b. Rent payments, interest or dividends? Yes ☐ No ☒
   c. Pensions, annuities or life insurance payments? Yes ☐ No ☒
   d. Gifts or inheritances? Yes ☐ No ☒
   e. Any other sources? Yes ☒ No ☐

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

When Ever My Wife Have Money available she send me some money

3. Do you own any cash, or do you have money in checking or savings accounts?

Yes ☐ No ☒ (Include any funds in prison accounts.)

If the answer is "yes," state the total value of the items owned.

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?

Yes ☐ No ☒

If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

None at this time

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 7-28-2005 (Date) ______________________ Signature of Applicant

## CERTIFICATE

*(Prisoner Accounts Only)*

I certify that the applicant named herein has the sum of $ 21.07 on account to his credit at the LSCI Allenwood institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: N/A

I further certify that during the last six months the applicant's average balance was $ 80.65

______________________
Authorized Officer of Institution

## ORDER OF COURT

The application is hereby denied.

______________________ United States Judge ______________ Date

The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor.

______________________ United States Judge or Magistrate ______________ Date

FILED
2005 AUG -2 A 10:31
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND