UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Esteban Carlos Leon

VS.

CA NO. 05-332L

USA

ORDER

The government's response to the Defendant's motion to vacate, set aside, or correct sentence filed on May 31, 2005 is due on September 13, 2005.

ENTER: Ronald R. Lagueux

Ronald R. Lagueux
Senior U.S. District Judge
DATED: 8/15/05

BY Order:

Deputy Clerk