**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| Esteban Carlos Leon<br>Petitioner,<br><br>Vs.<br><br>United States Of America<br>,<br>Respondant, | CRIMINAL NO. 03-00118-031<br><br>CA 05 332 L |

MOTION FOR THE APPOINTMENT OF COUNSEL
AND APPLICATION TO PROCEED IN FORMA PAUPERIS,
ON APPEAL.

TO THE HONORAFLED JUDGE OF SAID COURT:

COMES NOW, Esteban Carlos Leon Petitioner in the above-entitled and number cause, and moves this Honorable Court to order the Appointment of Counsel to represent the Defendant, and to allow the defendant to proceed in this casue in Forma Pauperis, and in support of this motion would show as follows:

I.

That the petitioner is in all things unable to pay cost in these proceedings and unable to afford Counsel to represent himself. Petitioner has sworn to his poverty and incorporates the "Pauper's Affidavit" as Exhibit "A" and incorporates the sames by reference the same as if fully copied and set forth at length herein.

Motion Denied
Application Denied – Petitioner has funds to pay the nominal filing fee.
Ronald R. Lagueux
Sr. USDJ 8/15/05

(2)