UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
SEP 13 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ESTEBAN CARLOS LEON | ) | |
| | ) | |
| v. | ) | C.A. No: 05-332L |
| | ) | |
| UNITED STATES OF AMERICA | ) | |

**MOTION FOR ENLARGEMENT OF TIME**

Now comes the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Luis M. Matos, Assistant United States Attorney and hereby moves that the time for filing a response to petitioner's § 2255 be enlarged up to and including October 13, 2005.

The United States' response is presently due on September 13, 2005. Counsel for the United States was served with petitioner's motion on August 16, 2005. However, counsel for the United States was out of the office during the week August 16, 2005, as well as last week, the week of September 5, 2005. In addition, counsel has had to devote his time, while in the office, to certain other matters. Finally, in order to fully and adequately respond to the motion, certain transcripts must be obtained and reviewed. Accordingly, the United States request an extension of thirty (30) days, to and including, October 13, 2005 to respond to petitioner's application.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

Luis M. Matos

LUIS M. MATOS
Assistant U.S. Attorney

Granted:
Ronald R. Lagueux
Sr. USDJ 9/15/05