UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ESTEBAN CARLOS LEON | ) | |
| | ) | |
| v. | ) | C.A. No: 05-332L |
| | ) | |
| UNITED STATES OF AMERICA | ) | |

**UNITED STATES SECOND MOTION FOR ENLARGEMENT OF TIME**

Now comes the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Luis M. Matos, Assistant United States Attorney and hereby moves that the time for filing a response to petitioner's motion to vacate, set aside and/or correct sentence under 28 U.S.C. § 2255 be enlarged up to and including November 14, 2005. The United States' response is presently due on October 13, 2005. This the United States' second request for an enlargement of time.

The United States was served with petitioner's motion on August 16, 2005, and its response was originally due on September 13, 2005. However, counsel for the United States was out of the office during the week August 16, 2005, as well as the week of September 5, 2005. Hence, counsel sought additional time in order to properly review the motion, obtain transcripts and respond to the motion.

Thereafter, counsel for the United States was again out of the office during the week of September 26, 2005. While in the office, counsel has had to devote his time to certain other matters, including the preparation of a matter in which the Grand Jury recently returned a 23 count wire fraud and money laundering Indictment in United States v. Curran, Cr. 05-102ML. In addition, counsel has been heavily involved in other investigations which have prevented him

from devoting his full attention to this matter.

Counsel expects that an additional 30 days will provide sufficient time to fully review petitioner's motion, review the transcripts which have been obtained, and respond to the motion. Accordingly, the United States requests an extension of thirty (30) days, to and including, November 13, 2005 to respond to petitioner's application.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

LUIS M. MATOS
Assistant U.S. Attorney

**CERTIFICATION**

I hereby certify that on the 13th day of October, 2005, I caused a copy of the foregoing United States Second Motion for Enlargement of Time to be forwarded, by postage prepaid mail, to:

Esteban Carlos Leon
Low Security Correctional Institution Allenwood
P.O. Box 1000
White Deer, PA 17887