UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ESTEBAN CARLOS LEON | ) | |
| | ) | |
| v. | ) | C.A. No: 05-332L |
| | ) | |
| UNITED STATES OF AMERICA | ) | |

**UNITED STATES THIRD MOTION FOR ENLARGEMENT OF TIME**

Now comes the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Luis M. Matos, Assistant United States Attorney and hereby moves that the time for filing a response to petitioner's motion to vacate, set aside and/or correct sentence under 28 U.S.C. § 2255 be enlarged up to and including November 21, 2005. The United States' response is presently due on November 14, 2005. This is the United States' third request for an enlargement of time.

The United States response is complete and ready to be filed. However, it exceeds 10 pages. The United States is filing motion, today, to seek leave to file its response and appendix in excess of the page limit. Hence, prior to filing its response, the United States must obtain leave of the Court to file the papers in excess of the page limits.

Counsel expects that an additional seven days will provide sufficient time to seek an Order from the Court to exceed the page limit. Accordingly, the United States requests an extension of seven days, to and including, November 21, 2005, to respond to petitioner's application.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

LUIS M. MATOS
Assistant U.S. Attorney

**CERTIFICATION**

I hereby certify that on the 14th day of November, 2005, I caused a copy of the foregoing United States Third Motion for Enlargement of Time to be forwarded, by postage prepaid mail, to:

Esteban Carlos Leon
Low Security Correctional Institution Allenwood
P.O. Box 1000
White Deer, PA 17887