**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ESTEBAN CARLOS LEON | ) | |
| | ) | |
| v. | ) | C.A. No: 05-332L |
| | ) | |
| UNITED STATES OF AMERICA | ) | |

**UNITED STATES' MOTION FOR LEAVE TO FILE MEMORANDUM AND APPENDIX IN EXCESS OF PAGE LIMITS**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Luis M. Matos, Assistant U. S. Attorney, and moves this Court to allow the government to file a memorandum with attachments which exceeds ten pages. For grounds, the government states that the additional pages are necessary to adequately address the arguments made in petitioner's motion and to fully develop the facts and travel of the case which were not set forth in the motion filed by petitioner.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

LUIS M. MATOS
Assistant U.S. Attorney

Granted: Ronald R. Lagueux
Sr. USDJ 11/16/05

9