UNITED STATES DISTRICT COURT
FOR THE DISTRCT OF RHODE ISLAND

| | | |
|---|---|---|
| ESTEBAN CARLOS LEON | : | |
| PETITIONER | : | CASE NO. 05-332L |
| | : | |
| V. | : | |
| | : | |
| UNITED STATES OF AMERICA | : | |
| RESPONDENT | : | |

## MOTION ON REQUEST OF EXTENSION OF TIME TO FILE A REPLY TO GOVERNMENT'S RESPONSE PETITIONER'S MOTION PURSUANT TO 28 U.S.C. §2255

NOW COMES, Esteban Carlos Leon, Petitioner pro se in the above captioned matter. In request for an extension of time to file a reply, to the Government's response to Petitioner's claim under 28 U.S.C. §2255. Petitioner will explain as follow:

1. Petitioner file a §2255, in July 15 2005. After the review of motion by a Magistrate Judge. Order Government to respond.

2. Government after three unoppose request for extension of time , answer Petitioner's motion on November 16, 2005.

3. Government mistakenly or inadvertently send Petitioner's copy without the Register Number assigned by BOP to Petitioner.

4. Accordingly, the BOP send back to the attorney their response.

5. On November 28, 2005, the Government again send the copy to Petitioner, this time came without the proper number again but it went through.

Therefore, Petitioner will respectfully state to this Honorable Court that the reason why he file this reply, late is because circunstances out of his hand, cause the delay. Therefore, Petitioner request his motion for extension of time be granted.

Respectfully Submitted

Esteban Carlos Leon
Reg. No. 05390-070
P.O. BOX 1000
LSCI ALLENWOOD
WHITE DEER, PA 17887

Done this 7 day of December, 2005

# PROOF OF SERVICE

I certify that on 12-7-2005 (date) I mailed a copy of this brief and all attachments via first class mail to the following parties at the addresses listed below:

U.S DEPARTMENT OF JUSTICE
UNITED STATES ATTORNEY
DISTRICT OF RHODE ISLAND
FLEET CENTER
50 KENNEDY PLAZA, EIGHTH FLOOR
PROVIDENCE, RHODE ISLAND 02903

# PROOF OF SERVICE FOR INSTITUTIONALIZED OR INCARCERATED LITIGANTS

In addition to the above proof of service all litigants who are currently institutionalized or incarcerated should include the following statement on all documents to be filed with this Court:

I certify that this document was given to prison officials on 12-7-2005 (date) for forwarding to the Court of Appeals. I certify under penalty of perjury that the foregoing is true and correct. 28 U.S.C. §1746.

Signature

ESTEBAN CARLOS LEON
REG. NO. 05390-070
P.O. BOX 1000
LSCI ALLENWOOD
WHITE DEER, PA 17887

Dated: 12-7-2005

J:\FORMS\BRFS-APP\Informal Brief Questionnaire.wpd

NEW YORK CITY DEPARTMENT OF PROBATION

# Violation of Probation Update DUE 4/13/04

**IND/DKT #00926-02**

| | |
|---|---|
| Date | 4/12/04 |

| | | | |
|---|---|---|---|
| Case Name | ESTEBAN, LEON | Case Number | KS0202218 |
| To: Judge | PARKER | Part | 60 |
| Court | SUPREME | County | KINGS |

**SPEC #1: RHODE ISLAND US DISTRICT COURT CASE #03-118:03-ADJOURNED 6/23/04.**

**SPEC #2: FAILURE TO NOTIFY PO OF REARREST.**

**SPEC #3: LEAVING JURISDICTION.**

**Residence and Family Adjustment: THE CASE FILE INDICATES THE PROBATIONER PREVIOUSLY STATED HE RESIDES AT THE CASE ADDRESS WITH HIS WIFE AND DAUGHTER.**

**Occupational/Educational Adjustment: THE PROBATIONER PREVIOUSLY STATED HE IS EMPLOYED AS A CLERK.**

**Response to Supervision (include special conditions and restitution): IT APPEARS THE PROBATIONER HAS MADE AN UNFAVORABLE ADJUSTMENT TO PROBATION SUPERVISION. HE HAS FAILED TO COMPLY WITH THE CONDITIONS OF PROBATION AS CITED HEREIN.**



Exhibit A - 1 of 2

NEW YORK CITY DEPARTMENT OF PROBATION

**Court Record while on Probation (omit if not applicable): THE ARREST INDICATED IS THE ONLY KNOWN REARREST.**

**Dispositional Recommendation: IF ADJUDGED IN VIOLATION, REVOCATION AND RESENTENCE ARE RECOMMENDED.**

**Submitted By: M. MARRERO** M. Marrero
**Probation Officer**

**Reviewed By: I. ROWLAND**
**Supervising Probation Officer**



Exhibit A 2 of 2