UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Esteban Carlos Leon
Plaintiff, :

v. : C.A. No. 05-332L

USA
Defendant. :

JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ x ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

**Judgment** shall enter for the defendant USA against the petitioner Esteban Carlos Leon, in accordance with the Court's Memorandum and Order dated 1/25/06 denying petitioner's 2255 petition.

Deputy Clerk
January 26, 2006