AO 240 (Rev. 6/86) Application to Proceed ⊕

# United States District Court

DISTRICT OF RHODE ISLAND

ESTEBAN CARLOS LEON

V.

UNITED STATES OF AMERICA

## APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION AND ORDER

CASE NUMBER: ~~03-118-031~~L 05-332

I, ESTEBAN CARLOS LEON, declare that I am the *(check appropriate box)*

☐ petitioner/plaintiff ☒ movant (filing 28 U.S.C. 2255 motion)

☐ respondent/defendant ☐ ______ *other*

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

CERTIFICATE OF APPEALABILITY

In further support of this application, I answer the following questions.

1. Are you presently employed? Yes ☐ No ☒
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)
   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment Yes ☐ No ☒
   b. Rent payments, interest or dividends? Yes ☐ No ☒
   c. Pensions, annuities or life insurance payments? Yes ☐ No ☒
   d. Gifts or inheritances? Yes ☐ No ☒
   e. Any other sources? Yes ☒ No ☐

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

SOME TIMES MY FAMILY SEND ME MONY WHEN THEY HAVE AVAILABLE

3. Do you own any cash, or do you have money in checking or savings accounts?
   Yes ☐ No ☒ (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned.

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ☐ No ☒
   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 2/26/2006
(Date)

Signature of Applicant

## CERTIFICATE
*(Prisoner Accounts Only)*

I certify that the applicant named herein has the sum of $ 20.53 on account to his credit at the LSCI Allenwood, PA institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: 6 months deposits - $994.52

I further certify that during the last six months the applicant's average balance was $ 29.46

Lisa Manthey, Case Mgr.
Lisa Manthey
Authorized Officer of Institution

## ORDER OF COURT

| | |
|---|---|
| The application is hereby denied. | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
| United States Judge / Date | United States Judge or Magistrate / Date |

FILED
2006 MAR -2 A 11:52
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

# Affidavit to Accompany
# Motion for Leave to Appeal in Forma Pauperis

District Court No. 03-118-031L
Appeal No. ______

ESTEBAN CARLOS LEON

v.

UNITED STATES OF AMERICA

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct.(28 U.S.C. § 1746; 18 U.S.C. § 1621.)

Signed: [signature]

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: 2/26/2006

My issues on appeal are:

INEFFECTIVE ASSISTANCE OF COUNSEL
CERTIFICATE OF APPEALABILITY

1. *For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ 0 | $ 0 | $ 0 |
| Self-employment | $ 0 | $ 0 | $ 0 | $ 0 |
| Income from real property (such as rental income) | $ 0 | $ 0 | $ 0 | $ 0 |
| Interest and dividends | $ 0 | $ 0 | $ 0 | $ 0 |

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Gifts | $ 0 | $ 0 | $ 0 | $ 0 |
| Alimony | $ 0 | $ 0 | $ 0 | $ 0 |
| Child support | $ 0 | $ 0 | $ 0 | $ 0 |
| Retirement (such as social security, pensions, annuities, insurance | $ 0 | $ 0 | $ 0 | $ 0 |
| Disability (such as social security, insurance payments) | $ 0 | $ 0 | $ 0 | $ 0 |
| Unemployment payments | $ 0 | $ 0 | $ 0 | $ 0 |
| Public-assistance (such as welfare) | $ 0 | $ 0 | $ 0 | $ 0 |
| Other (specify):__________ | $ 0 | $ 0 | $ 0 | $ 0 |
| Total Monthly income: | $ 0 | $ 0 | $ 0 | $ 0 |

2. *List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)*

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| NONE | NONE | NONE | NONE |
| | | | |
| | | | |

3. *List your spouses's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)*

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| NONE | NONE | NONE | NONE |
| | | | |
| | | | |

4. *How much cash do you and your spouse have?* $ 0

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| NONE | NONE | $ 0 | $ 0 |
| | | $ 0 | $ 0 |
| | | $ 0 | $ 0 |

**If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

5. *List the assets, and their values, which you or your spouse owns. Do not list clothing and ordinary household furnishings.*

| Home (Value) | Other real estate (Value) | Motor Vehicle #1 (Value) |
|---|---|---|
| NONE | NONE | Make & year: NONE |
| | | Model: |
| | | Registration#: |

| Motor Vehicle #2 (Value) | Other assets (Value) | Other assets (Value) |
|---|---|---|
| Make & year: NONE | NONE | NONE |
| Model: | | |
| Registration#: | | |

6. *State every person, business, or organization owing you or your spouse money, and the amount owed.*

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| NONE | NONE | NONE |
| | | |
| | | |

7. *State the persons who rely on you or your spouse for support.*

| Name | Relationship | Age |
|---|---|---|
| NONE | NONE | NONE |
| | | |
| | | |

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

| | You | Spouse |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home)<br>Are any real estate taxes included? ☐ Yes ☐ No<br>Is property insurance included? ☐ Yes ☐ No | $ 0 | $ 0 |
| Utilities (electricity, heating fuel, water, sewer, and Telephone) | $ 0 | $ 0 |
| Home maintenance (repairs and upkeep) | $ 0 | $ 0 |
| Food | $ 0 | $ 0 |
| Clothing | $ 0 | $ 0 |
| Laundry and dry-cleaning | $ 0 | $ 0 |
| Medical and dental expenses | $ 0 | $ 0 |
| Transportation (not including motor vehicle payments) | $ 0 | $ 0 |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ 0 |
| Insurance (not deducted from wages or included in Mortgage payments) | $ 0 | $ 0 |
| Homeowner's or renter's | $ 0 | $ 0 |
| Life | $ 0 | $ 0 |
| Health | $ 0 | $ 0 |
| Motor Vehicle | $ 0 | $ 0 |
| Other:____________ | $ 0 | $ 0 |
| Taxes (not deducted from wages or included in Mortgage payments)(specify):____________ | $ 0 | $ 0 |
| Installment payments | $ 0 | $ 0 |
| Motor Vehicle | $ 0 | $ 0 |
| Credit card (name):____________ | $ 0 | $ 0 |
| Department store (name):____________ | $ 0 | $ 0 |
| Other:____________ | $ 0 | $ 0 |

| | | |
|---|---|---|
| Alimony, maintenance, and support paid to others | $ 0 | $ 0 |
| Regular expenses for operations of business, profession, or farm (attach detailed statement) | $ 0 | $ 0 |
| Other (specify): ______ | $ 0 | $ 0 |
| **Total monthly expenses:** | $ 0 | $ 0 |

*9. Do you expect any major changes to your monthly income or expenses in your assets or liabilities during the next 12 months?*
☐ Yes ☒ No If yes, describe on an attached sheet.

*10. Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form?* ☐ Yes ☒ No

If yes, how much? $________

If yes, state the attorney's name, address, and telephone number:

______

______

______

*11. Have you paid — or will you be paying — anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?*
☐ Yes ☒ No

If yes, how much? $________

If yes, state the person's name, address, and telephone number:

______

______

______

*12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*