**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

FILED
MAR 0 7 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **ESTEBAN CARLOS LEON** | : | |
| **PETITIONER** | : | **CASE NO. 05-332-L** |
| | : | |
| **V.** | : | |
| | : | |
| **UNITED STATES OF AMERICA** | : | |
| **RESPONDENT** | : | |

**NOTICE OF APPEAL**
**AND REQUEST FOR**
**CERTIFICATE OF APPEALABILITY**

COMES NOW, Esteban Carlos Leon, Petitioner ("Appellant") pro se and hereby respectfully serves notice that he appeals that certain final Judgment motion to vacate filed on January 25, 2006, and memorandum and order file on January 25, 2006. Apparently the Court didn't receive or review the objections on Reply to the Government's answer to his claim. Both final order and memorandum are finals for purpose of appeal. This appeal is timely taken pursuant to Federal Rules of Appellate Procedure 4(a)(1)(B) and 22.

**REQUEST FOR CERTIFICATE OF APPEALABILITY**

Appellant is entitle to a Certificate of Appealability ("COA") pursuant to **Slack v. McDaniel, 529 U.S. 473, 146 L Ed. 2d 542, 551 (2000).** in which the Supreme Court held:

Denied - no viable issue on appeal.
Ronald R. Lagueux Sr. USDJ 3/7/06